IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JUSTIN CHARO, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:18-CV-17 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

# **ORDER**

On February 27, 2018, the Magistrate Judge to whom this case was referred issued a Memorandum and Recommendation ("M&R") (Dkt. No. 7), recommending that the Court dismiss the above-captioned case for failure to prosecute. The time to file objections has passed, and no objections have been filed. FED. R. CIV. P. 72 (setting 14-day deadline); *see also* M&R, Dkt. No. 7 at 3 (advising parties of the 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the February 27, 2018, M&R and **DISMISSES** the above-captioned case for failure to prosecute.

Final Judgment will be entered separately.

SIGNED this 26th day of March, 2018.

_____
Hilda Tagle
Senior United States District Judge